**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **JOHN POK KIM**

**OK/HAV**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>             v.<br><br>**JOHN POK KIM**, et al.,<br><br>                    Defendant, | Crim. S 05-033 DFL<br><br>**STIPULATION**<br>**AND ORDER THEREON** |

It is hereby stipulated between counsel for the government and the defendant that the sentencing scheduled for April 6 , 2006 may be continued to April 20, 2006 AT 10:00 A.M.. This continuance is requested to permit counsel to join in a pending motion to correct a pre-sentence report. An issue has arisen regarding the conversion of MDMA to its marijuana equivalent for guideline purposes. Counsel for the government and other defense counsel have authorized the execution of this stipulation.

Dated:  March 30, 2006                                    Dated:  March 30, 2006

   / S /                                                                    / S /

**STEVEN D. BAUER**                                    **ANNE PINGS**
Attorney for Defendant                                   Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing

**IT IS SO ORDERED**

Dated: 3/31 2006

_____
DAVID F. LEVI
United States District Judge