```
 1  DANIEL J. BRODERICK, #89424
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5                                              OK/HAV

 6  Attorney for Defendant
    KAE SAETEURN
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. CR. S-05-0033 DFL
                                 )
14              Plaintiff,       )
                                 ) STIPULATION AND ORDER MODIFYING
15      v.                       ) SENTENCING SCHEDULE AS TO ALL
                                 ) DEFENDANTS
16  JOHN POK KIM et alia,        )
                                 )
17              Defendants.      ) Date:  June 8, 2006
                                 ) Time:  10:00 a.m.
18  _____) Judge: Hon. David F. Levi

19
```

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendants, with all parties represented as set forth in
22 the signature portion of this stipulation, that judgment and sentencing
23 as to all defendants may be rescheduled to June 8, 2006, at 10:00 a.m.
24 (Defendants Kim and Pak were scheduled to be sentenced on April 6, with
25 others to be sentenced on April 20.)  The parties further agree that
26 formal objections to the final presentence report shall be filed on or
27 before May 25, 2006, and any reply or non-opposition shall be filed on or
28 before June 1, 2006.

1  At least four of the five defendants are affected by what they
2  believe to be serious errors in calculating the guidelines. All counsel
3  seek additional time so they can meet and confer with counsel for the
4  government before filing formal objections. Counsel for Mr. Saeteurn
5  expects that the parties themselves will be able to resolve their
6  objections without the need for hearing, but a meeting must wait until at
7  least two of the attorneys complete jury trials later this month.

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

Dated:   April 6, 2006         /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for KAE SAETEURN

Dated:   April 6, 2006         /s/ T. Zindel for S. Bauer
                               STEVEN BAUER
                               Attorney for JOHN POK KIM

Dated:   April 6, 2006         /s/ T. Zindel for P. Cozens
                               PHILIP COZENS
                               Attorney for RANDAL SANTOS

Dated:   April 6, 2006         /s/ T. Zindel for J. Griffin
                               JOHNNY L. GRIFFIN, III
                               Attorney for LINA PAK

Dated:   April 6, 2006         /s/ T. Zindel for N. Stanley
                               FRED DAWSON
                               Attorney for NICHOLAS STANLEY

                               McGREGOR SCOTT
                               United States Attorney

Dated:   April 6, 2006         /s/ T. Zindel for A. Pings
                               ANNE PINGS
                               Assistant U.S. Attorney

/////

/////

Stip. in U.S. v. Kim et al.          -2-

**O R D E R**

The above schedule is adopted and hearing on judgment and sentencing is continued to June 8, 2006.

IT IS SO ORDERED.

Dated:  April _11, 2006

/s/ David F. Levi
HON. DAVID F. LEVI
United States District Judge

Stip. in U.S. v. Kim et al.                    -3-